UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENE REED ROBBINS,

        Plaintiff,

vs.                               Case No. 3:09-cv-472-J-12JRK

CAPTAIN T. JORDAN,
et al.,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

On March 1, 2012, the parties filed a Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. #112), stipulating to the entry of an Order dismissing this action with prejudice since the issues between the parties have been resolved through settlement. Therefore, this case will be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED with prejudice**.

2.  The Clerk of Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this   2nd   day of March, 2012.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

sc 3/1
c:
Counsel of Record